UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60224-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

TYRONE CROSS,
    Defendant.
_____/

FILED by _____ D.C.
JUN 2 1 2012
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – W.P.B.

## ORDER ADOPTING SEALED REPORT AND RECOMMENDATION AND APPOINTING APPELLATE COUNSEL

THIS CAUSE comes before the court upon motion from retained counsel representing the defendant in the above captioned case for the defendant to be declared indigent and for appointment of appellate counsel under the Criminal Justice Administration Act for appeal purposes. In accordance with 11th Cir. R. Addendum Four, 11th Cir. plan under the Criminal Justice Act (b)(2), this court conducted an *in camera* hearing to determine whether defendant-appellant is indigent and financially unable to retain counsel for appeal. Based on those findings, it is

**ORDERED** and **ADJUDGED** that:

1. The Sealed Report and Recommendations of the United States Magistrate Judge, [DE 80], are **adopted** and the defendant is declared indigent for appeal purposes; and

2. Mr. Howard J. Schumacher, Esq., 1 E. Broward Blvd, Suite 700, Fort Lauderdale, FL 33301, is appointed under the Criminal Justice Act as **Appellate Counsel**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 21st day of June, 2012.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**
Magistrate Judge Dave Lee Brannon
AUSA Jason Linder
Howard J. Schumacher, Esq.
United States Court of Appeal, 11th Circuit